| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Coulson, John M. | 2. Court or Organization<br><br>United States District Court for the District of Maryland | 3. Date of Report<br><br>04/16/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br>Chambers 8D<br>Baltimore, Maryland 21201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Build, Inc. (Administrator for Community Organization) W-2 Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | 08/15/2019 - 08/16/2019 | Washington, DC | Attend Working Group on E-Discovery | Hotel, transportation, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Occidental College | Tuition for Dependent | K |
| 2. University of Vermont | Tuition for Dependent | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coulson, John M.** | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   MONY Whole Life Policy | A | Dividend | J | T | | | | | |
| 2.   NW Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 3.   NW Mutual Whole Life Policy # 2 | A | Dividend | J | T | | | | | |
| 4.   NW Mutual Whole Life Policy # 3 | A | Dividend | J | T | | | | | |
| 5.   NW Mutual Whole Life Policy # 4 | A | Dividend | K | T | | | | | |
| 6.   Erie Family Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 7.   TIAA Traditional Fund | A | Dividend | J | T | | | | | |
| 8.   CREF Social Choice Fund | A | Dividend | J | T | | | | | |
| 9.   American 2025 Target Ret. C | A | Dividend | J | T | | | | | |
| 10.  Franklin Templeton Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 11.  MD College Investment Portfolio for Education Today (1 of 2) | | None | J | T | Sold<br>(part) | 02/27/19 | J | A | |
| 12. | | | | | Sold<br>(part) | 07/22/19 | K | D | |
| 13. | | | | | Sold<br>(part) | 09/03/19 | J | A | |
| 14. | | | | | Sold<br>(part) | 12/17/19 | K | D | |
| 15.  MD College Investment Portfolio For Education Today (2 of 2) | | None | L | T | | | | | |
| 16.  John Hancock Freedom 529 Enrollment Porfolio A | | None | L | T | Sold<br>(part) | 02/27/19 | J | A | |
| 17. | | | | | Sold<br>(part) | 06/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/22/19 | K | D | |
| 19. | | | | | Sold (part) | 09/17/19 | J | A | |
| 20. | | | | | Sold (part) | 09/30/19 | J | A | |
| 21. | | | | | Sold (part) | 12/23/19 | K | D | |
| 22. Davis NY Venture C | A | Dividend | J | T | Sold (part) | 02/27/19 | J | A | |
| 23. Davis NY Venture A | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 24. | | | | | Sold (part) | 07/09/19 | J | A | |
| 25. Franklin Income A | A | Dividend | K | T | Sold (part) | 02/27/19 | J | A | |
| 26. | | | | | Sold (part) | 07/09/19 | J | A | |
| 27. Franklin Income C | A | Dividend | J | T | Sold (part) | 02/27/19 | J | A | |
| 28. Royce Pennsylvania Consult | A | Dividend | J | T | | | | | |
| 29. Clearbridge Small Cap A (IRA) | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 30. Clearbridge Small Cap C (IRA) | A | Dividend | | | Sold | 04/16/19 | J | A | |
| 31. Clearbridge Value Trust C (IRA) | A | Dividend | | | Sold | 04/16/19 | J | A | |
| 32. Clearbridge Value Trust A (IRA) | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 33. Franklin Income A(IRA) | A | Dividend | J | T | | | | | |
| 34. QS Batterymarch Int'l. Equity C (IRA) | A | Dividend | | | Sold | 04/16/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. QS Batterymarch Int'l Equity A (IRA) | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 36. Davis NY Venture A (UTMA 1) | A | Dividend | J | T | | | | | |
| 37. Davis NY Venture C (UTMA 1) | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 38. Miller Opportunity Trust (UTMA 1) | A | Dividend | J | T | Sold (part) | 03/15/19 | J | A | |
| 39. Davis NY Venture A (UTMA 2) | A | Dividend | J | T | | | | | |
| 40. Davis NY Ventrure C (UTMA 2) | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 41. Miller Opportunity Trust (UTMA 2) | A | Dividend | J | T | Sold (part) | 03/15/19 | J | A | |
| 42. PNC Bank Interest Checking | A | Interest | J | T | | | | | |
| 43. Capitol One 360 Savings | A | Interest | J | T | | | | | |
| 44. Flowers Foods (FLO) Common Stock (family member) | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coulson, John M.** | 04/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 11 and 15 of Investments and Trusts:  Maryland 529 Porfolio 2018 is now known at Maryland 529 Portfolio for Education  Today

Lines 11, 15 and 16 are 529 plans that do not report income but instead show changes in unit value.  If units are sold (in whole or in part), the "income" portion is reported as "Gain" in Column D4

Line 16 of Investments and Trusts:  John Hancock Freedom 529 Portfolio 2017-20 changed names to John Hancock Freedom 529 Portfolio A

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 04/16/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John M. Coulson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544